IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. REED, | No. C-10-5698 TEH (PR) |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO REOPEN CASE |
| SUPERIOR COURT OF CALIFORNIA, et. al., | |
| Defendants. | DOC. #7 |

Plaintiff Tyrone L. Reed has filed a pro se civil rights complaint for damages under 42 U.S.C. § 1983. On May 24, 2011, the instant proceedings were stayed and this case was administratively closed, pending the conclusion of the criminal proceedings against Plaintiff. Plaintiff's motion to reopen his case and amend the complaint does not indicate whether the criminal proceedings against him are concluded. Therefore, his motion is DENIED WITHOUT PREJUDICE. If Plaintiff chooses to refile this motion, Plaintiff should provide documentation that the criminal proceedings against

him are concluded and that his conviction or sentence has been invalidated.

IT IS SO ORDERED.

DATED    *08/16/2011*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Reed-10-5698-deny-motion-to-reopen.wpd

2